PHILLIP A. TALBERT
Acting United States Attorney
ALEXANDRE DEMPSEY
JEFFREY SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA  93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
May 27, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>BRIANA BALLARD-CALL,<br><br>              Defendant. | CASE NO. 1:21-cr-00145 DAD-BAM<br><br>MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on May 27, 2021, charging the above defendant with a violation of 18 U.S.C. § 1344 – Bank Fraud; 18 U.S.C. § 1957 – Money Laundering; 18 U.S.C. §§ 982(a)(1) and 982(a)(2) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the

///

///

///

Motion to Seal Indictment                    1

finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: May 27, 2021

Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By   /s/ ALEXANDRE DEMPSEY
ALEXANDRE DEMPSEY
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  May 27, 2021

*Sheila K. Oberto*
SHEILA K. OBERTO
U.S. Magistrate Judge