**FILED**
Oct 04, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff<br>        v.<br><br>BRIANA BALLARD-CALL,<br><br>                          Defendant. | CASE NO. 1:21-CR-00145-ADA-BAM<br><br>**UNSEALING ORDER** |

Good cause appearing due to the defendant's pending Arraignment in the Eastern District of California, it is hereby ordered that the Indictment, arrest warrant, and all other related court filings in the above matter, be UNSEALED.

DATED: October 4, 2022

_____
HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE