HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
BRIANA BALLARD-CALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00145 ADA-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE, ORDER THEREON** |
| vs. | Date:   April 26, 2023 |
| BRIANA BALLARD-CALL, | Time:   1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, ALEXANDRE M. DEMPSEY, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Briana Ballard-Call, that the status conference scheduled for February 22, 2023 may be continued to April 26, 2023, or the soonest date thereafter convenient to the court.

To date the government has provided initial discovery consisting of approximately 2,379 pages of assorted reports and other documents. This continuance is requested to allow time for additional defense investigation necessary for the proper representation of Ms. Ballard-Call. The continuance is also requested to allow time for the parties to engage in discussions regarding an appropriate resolution of the case.

The parties agree that all time through the proposed April 26, 2023 status conference date

1  shall be excluded under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
2  3161(h)(7)(B)(i) and (iv), because the time is necessary to allow for defense preparation and the
3  delay results from a continuance granted by the Court at the parties' request on the basis of the
4  Court's finding that the ends of justice served by taking such action outweigh the best interest of
5  the public and the defendant in a speedy trial.

|  |  |
|---|---|
|  | PHILLIP A. TALBERT<br>United States Attorney |
| DATED:  February 15, 2023     By | */s/ Alexandre M. Dempsey*<br>ALEXANDRE M. DEMPSEY<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|  | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: February 15, 2023     By | */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>BRIANA BALLARD-CALL |

## ORDER

IT IS SO ORDERED that the status conference is continued from February 22, 2023, to **April 26, 2023 at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated:   **February 15, 2023**         /s/ *Barbara A. McAuliffe*
                                                      UNITED STATES MAGISTRATE JUDGE

Ballard-Call: Stipulation to Continue Status Conference                    -2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Ballard-Call: Stipulation to Continue Status Conference    -3-