HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRIANA BALLARD-CALL

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00145 ADA-BAM |
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA** |
| vs. | |
| BRIANA BALLARD-CALL | Date:   April 17, 2023 |
| Defendant. | Time:  8:30 a.m.<br>Judge:  Hon. Ana De Alba |

### STIPULATION

The parties, United States of America, by and through its counsel of record, Assistant United States Attorney Alexandre Dempsey, and Briana Ballard-Call, by and through her counsel of record, Assistant Federal Defender Eric V. Kersten, hereby stipulate as follows:

1. By previous order, this matter was set for status on April 26, 2023, before the Hon. Barbara A. McAuliffe, and time was ordered excluded through that time.

2. By this stipulation, defendant now moves to vacate the status hearing and set the matter for change of plea before this Court on April 17, 2023. Because time has already been excluded through April 26, 2023, there is no need for an additional exclusion of time

3. The parties agree and stipulate, and request that the Court find the following:

a) As the defendant does not intend on going to trial, the parties request that the status hearing date be vacated. Vacating the status hearing date will conserve judicial resources

1  for a case that has been resolved.

2      4. Nothing in this stipulation and order shall preclude a finding that other provisions of the

3  Speedy Trial Act dictate that additional time periods are excludable from the period within

4  which a trial must commence.

5      IT IS SO STIPULATED.

6                                          Respectfully submitted,
                                           PHILIP A. TALBERT
7                                          United States Attorney

8  Dated:  March 29, 2023               */s/ Alexandre Dempsey*
                                           ALEXANDRE DEMPSEY
9                                          Assistant United States Attorney

10
                                           HEATHER E. WILLIAMS
11                                         Federal Defender

12  Dated:  March 29, 2023              */s/ Eric V. Kersten*
                                           ERIC V. KERSTEN
13                                         Assistant Federal Defender
                                           Attorney for Defendant
14                                         BRIANA BALLARD-CALL

15

16

17

18                          ORDER

19      IT IS SO ORDERED. At the request of the parties, the April 26, 2023 status conference is

20  VACATED, and the matter set a change of plea hearing on April 17, 2023

21

22

23  IT IS SO ORDERED.

24    Dated:   March 30, 2023   _____

25                              UNITED STATES DISTRICT JUDGE

26

27

28