HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRIANA BALLARD-CALL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIANA BALLARD-CALL<br><br>Defendant. | Case No.  1:21-cr-00145 ADA-BAM<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>Date:   September 5, 2023<br>Time:   8:30 a.m.<br>Judge:  Hon. Ana de Alba |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey A. Spivak, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Breana Ballard-Call, that the sentencing hearing scheduled for July 24, 2023, may be continued to September 5, 2023.

Pursuant to the plea agreement in this matter the parties stipulated to guideline calculations other than those calculated in the Presentence Investigation Report (PSR). Through oversight no objections to the PSR were filed. This continuance is requested to allow time for the filing of objections and briefing of the issues to properly prepare for sentencing.

The parties agree that any delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(B)(iv).

//

For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

PHILIP A. TALBERT
United States Attorney

Dated:  July 19, 2023

*/s/ Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated:  July 19, 2023

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
BRIANA BALLARD-CALL

ORDER

IT IS SO ORDERED. At the request of the parties sentencing is continued to September 5, 2023.

IT IS SO ORDERED.

Dated:   July 20, 2023

UNITED STATES DISTRICT JUDGE