PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00145-ADA |
|---|---|
| Plaintiff, | UNITED STATES' MOTION TO DISMISS; ORDER |
| v. | |
| BRIANA BALLARD-CALL, | |
| Defendant. | |

The United States moves to dismiss Count 4 of the Indictment consistent with the plea agreement.

Dated: September 7, 2023

PHILLIP A. TALBERT
United States Attorney

By:   /s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   September 7, 2023

_____
UNITED STATES DISTRICT JUDGE