PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIANA BALLARD-CALL<br><br>Defendants. | CASE NO.  1:21-CR-00145 ADA BAM<br><br>STIPULATION FOR RESTITUTION BRIEFING AND CONTINUANCE OF RESTITUTION HEARING;  ORDER<br><br>DATE: September 25, 2023<br>TIME: 8:30 a.m.<br>COURT: Hon. Ana De Alba |

1. This case is set for restitution hearing on September 25, 2023.

2. At Defendant's sentencing hearing, Defendant requested that her attendance at the restitution hearing be waived. The Court granted that request. Counsel for Defendant confirmed in email on September 18, 2023, the Defendant continued to waive her right to be present at any restitution hearing in this case.

3. This case involves two verified victims to date: CS and BB. Presentence Investigation Report (PSR), Doc. 30, at ¶¶ 6, 10 and page 17. CS and BB are direct victim's of Defendant's fraud. The PSR recommends Defendant be ordered to pay $666,108.20 to CS and BB. PSR at p. 17.

4. On August 31, 2023, the United States received a victim impact statement from a third victim, R.J. Counsel for R.J. believes that R.J. is entitled to certain of the restitution owed to CS and BB.

5. Thus, there appear to be competing and contested restitution claims in this matter.

6. The United States believes that briefing would assist the Court and the government in understanding the nature of all parties' claims.

7. Thus, the United States moves the Court to: (a) continue the restitution hearing to November 13, 2023 at 8:30 a.m., and (b) order that Counsel for R.J. submit a Supplemental Declaration of Victim Losses regarding a confidential settlement agreement supporting his restitution claim and file a brief in this court setting forth his basis for his restitution claim by October 13, 2023. Any supplemental briefs in response to R.J.'s brief will be due October 27, 2023.

8. Counsel for R.J. agrees with the United States' request and joins it. Counsel for C.S. has no objection and is agreeable.

Dated: September 20, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: September 20, 2023

/s/ Claudia Stone
Claudia Stone
Attorney at Law
Nemecek Cole
Counsel for R.J.

IT IS SO ORDERED.

Dated:   September 22, 2023

_____
UNITED STATES DISTRICT JUDGE