HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
BRIANA BALLARD-CALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIANA BALLARD-CALL,<br><br>Defendant. | Case No. 1:21-cr-00145 ADA-BAM-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE<br><br>Judge:  Unassigned |

Defendant, BRIANA BALLARD-CALL, by and through her attorney, Assistant Federal Defender Peggy Sasso, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1.  The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a). The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024. *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On September 5, 2023, this Court sentenced Ms. Ballard-Call to a term of 41 months on each of counts 1, 2, and 3 to be served concurrently for a total term of 41 months;

4. Ms. Ballard-Call's total offense level was 22, her criminal history category was I (based on her having zero criminal history points), and the resulting guideline range was 41 to 51 months;

5. The sentencing range applicable to Ms. Ballard-Call was subsequently lowered by the zero-point provision;

6. Ms. Ballard-Call is eligible for a reduction in sentence, which reduces her total offense level by 2 from 22 to 20, and her amended advisory guideline range is reduced to 33 to 41 months;

7. Accordingly, the parties request the Court enter the order lodged herewith reducing Ms. Ballard-Call's term of imprisonment to 33 months for Count 1, 2, and 3 of the indictment to be served concurrently for a total term of 33 months, effective 10 days from the date of the amended judgment. If the amount of time served as of the effective date of the Court's Order exceeds 33 months, the sentence is instead reduced to a sentence of time-served effective 10 days from the date of the amended judgment.[1]

8. <u>United States' statement regarding its stipulation</u>:[2]

The United States enters into this stipulation after reviewing the Presentence Investigation Report ("PSR"), ECF No. 30; Statement of Reasons ("SOR"); Amended Judgment, ECF No. 52; and defendant's Bureau of Prisons ("BOP") disciplinary history, and after conferring with the prosecuting Assistant United States Attorney. The government has also provided notification to the victims. To date, no victim statements have been received.

---

[1] This 10-day period is requested by the Bureau of Prisons to perform its statutory duties and release planning.
[2] This statement is not part of the parties' stipulation.

The defendant pleaded guilty, pursuant to a written plea agreement, to three counts of Bank Fraud, in violation of 18 U.S.C. § 1344.  PSR ¶¶ 1–2.  Defendant was the administrator of a trust upon a relative's death and, in that role, she stole funds that did not belong to her by submitting false and fraudulent documents to banks so that the banks would distribute funds to the defendant for her personal gain.  PSR ¶¶ 4–21. The defendant was ordered to pay restitution in the amount of $666,108.20.  ECF No. 52 at 6.

At sentencing, the government requested that the court sentence defendant to a 41-month term of imprisonment.

Defendant entered BOP custody on January 11, 2024.  BOP records indicate that as of March 18, 2024, the defendant has not sustained any disciplinary incidents.  Also as of March 18, 2024, the defendant had not paid any monies towards her special assessment or restitution.  The defendant is currently located at Phoenix FCI with a projected release date of August 22, 2025.

Respectfully submitted,

| | |
|---|---|
| Dated:  March 22, 2024 | Dated:   March 22, 2024 |
| PHILLIP A. TALBERT<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| _/s/ Shelley D. Weger_<br>SHELLEY D. WEGER<br>Assistant U.S. Attorney<br>Attorney for Plaintiff<br>UNITED STATES OF AMERICA | _/s/  Peggy Sasso_<br>PEGGY SASSO<br>Assistant Federal Defender<br>Attorneys for Defendant<br>BRIANA BALLARD-CALL |

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. Ballard-Call is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 22 to 20, resulting in an amended guideline range 33 to 41 months.

IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b), the term of imprisonment imposed in 2023 is reduced to a term of 33 months for Counts 1, 2, and 3 of the indictment, effective 10 days from the date of the amended judgment. If the amount of time served as of the effective date of the Court's Order exceeds 33 months, the sentence is instead reduced to a sentence of time-served effective 10 days from the date of the amended judgment.

IT IS FURTHER ORDERED that all the terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Ms. Ballard-Call shall report to the United States Probation Office within seventy-two hours after her release.

DATED: March 25, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE