AO 247 (Rev. 03/19) - Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:21-cr-00145-ADA-BAM   Document 55   Filed 03/25/24   Page 1 of 1

# UNITED STATES DISTRICT COURT
для the

EASTERN District of CALIFORNIA

United States of America
v.
BRIANA BALLARD-CALL

Case No.: 1:21-CR-00145-ADA-BAM-001
USM No.: 24968-510

Date of Original Judgment: 09/05/2023
Date of Previous Amended Judgment: 01/08/2024
*(Use Date of Last Amended Judgment if Any)*

PEGGY SASSO
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 41 months **is reduced to** 33 months.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

If the amount of timed served as of the effective date of the Court's Order exceeds 33 months, the sentence is instead reduced to a sentence of time-served effective 10 days from the date of the amended judgment.

Except as otherwise provided, all provisions of the judgment dated 01/08/2024 shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 03/25/2024

Effective Date: Up to ten days from the date of this order.
*(if different from order date)*

Kimberly L. Mueller
Chief United States District Judge
*Printed name and title*